IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA GUN CLUB, INC., et al. | : : : | CIVIL ACTION<br>No. 14-2012 |
| v. | : : | |
| SHOWING ANIMALS RESPECT AND KINDNESS, INC., et al. | : : | |

## **ORDER**

AND NOW, this 17th day of June, 2014, upon consideration of Plaintiffs' unopposed letter request, it is ORDERED the Rule 16 conference set for June 27, 2014, is RESCHEDULED to July 9, 2014, at 10:00 a.m. in Courtroom 11A.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.