IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA GUN CLUB, INC., et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 14-2012 |
| | : | |
| SHOWING ANIMALS RESPECT AND KINDNESS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 3rd day of October, 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 29) and the briefing in support thereof and in opposition thereto, **IT IS ORDERED** as follows:

1. This Court's January 5, 2016 Order (Doc. No. 57) staying and abeying this case is **VACATED** and the case shall be removed from the civil suspense docket;

2. Defendants' Motion for Summary Judgment is **GRANTED** as to Count A of the Complaint. **JUDGMENT IS ENTERED** for Defendants and against Plaintiffs as to Count A;

3. Counts B-H of the Complaint are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' ability to assert those claims in the appropriate state court; and

4. The following motions are **DISMISSED AS MOOT**:

    a. Plaintiffs' Motion for Jury Trial (Doc. No. 37);

    b. Defendants' Motion to Exclude Plaintiffs' Experts (Doc. No. 41);

    c. Plaintiffs' Motion in Limine (Doc. No. 42); and

    d.   Defendants' Motion for Order (Doc. No. 53).

 

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE