IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA GUN CLUB, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | NO. 14-2012 |
| SHOWING ANIMALS RESPECT AND KINDNESS, INC., et al., | : | |
| Defendants. | : | |

### Receipt for Return of Hard Drive

The undersigned hereby acknowledges receipt of Document No. 51 in the above-captioned case, which is being returned to the Bucks County Prothonotary pursuant to Order of the Honorable Marilyn Heffley, United States Magistrate Judge.

Date Hard Drive Received: 9/29/2020

Hard Drive Received By: _[signature]_
Signature

Daniel J. Boyle IV
Printed Name